**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IJEOMA MADUFORO,                    :
                                    :
          Plaintiff,                :
                                    :
     v.                             : Civil Action No. 09-0287 (JR)
                                    :
URBAN SERVICE SYSTEMS CORP.,        :
                                    :
          Defendant.                :

**MEMORANDUM**

The plaintiff in this employment case complains of race and gender discrimination and retaliation. She asserts claims under 42 U.S.C. § 1981 (count I, for harassment; count III, for retaliation), and under the D.C. Human Rights Act (count II, for harassment; count IV, for retaliation). Count III was dismissed on 5/26/09 because there is no cause of action under section 1981 for retaliation arising from gender discrimination, see dkt. #9. The defendant moved for summary judgment 6/25/09 as to the only other federal claim in the case, Count I, see dkt. #15. Under our Local Civil Rules, plaintiff had until 7/9/09 to file her opposition to that motion, or at least to move for an extension of time to do so. She has filed nothing. Defendant's motion for summary judgment will accordingly be granted as conceded, and, since the parties are non-diverse and I have dismissed all of plaintiff's claims over which I had original jurisdiction, I will decline to exercise supplemental jurisdiction over counts II and IV and dismiss them *mea sponte* for want of subject matter

jurisdiction. 28 U.S.C. § 1367(c)(3).  An appropriate order accompanies this memorandum.


JAMES ROBERTSON
United States District Judge